UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA

                                          ORDER

      - against -

                                          05 CR 849 (DEW)

JULIO LORENZO, et al.,

                      Defendants.
----------------------------------------------------------X

On the application of JaneAnne Murray, Esq, made by letter March 12, 2007, and based on the written consent of Julio Lorenzo, it is hereby

ORDERED that, effective March 1, 2007, Ms. Murray is granted leave to delegate substantive tasks in connection with her representation of Mr. Lorenzo in the above-captioned case to Kelley Sharkey, Esq., pursuant to Rule V(A) of the Revised Plan of the United States District Court Eastern District of New York Pursuant to The Criminal Justice Act 1964 ("Revised Plan"), and to bill Ms. Sharkey's time at the prevailing C.J.A. rate for attorneys, under Rule VII(B) of the Revised Plan.

    SO ORDERED

    Dated: Shreveport, Louisiana
            March 12, 2007